

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2015

No. 04-15-00255-CV

**SW LOAN A, L.P.,**
Appellant

v.

Anibal J. **DUARTE-VIERA**, Antonio P. Pardo, and Edward M. Reiss,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12742
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to June 29, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Robert Arthur McNiel
DEANS & LYONS, LLP
325 N. Saint Paul Street, Suite 1500
Dallas, TX 75201

John Gerhart Jr.
Hunton & Williams, LLP
1445 Ross Avenue, suite 3700
Dallas, TX 75202-2755